Fill in this information to identify your case:

Debtor 1    Laura Louise Gottlieb
First Name    Middle Name    Last Name

Debtor 2    The Daniel M. Gottlieb Trust
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Central District of California

Case number    9:22-bk-10313-RC
(If known)



FILED

MAY 10 2022

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                        Deputy Clerk

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

☐ Married
☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 6375 Meadows Court | From 06/15/2012 | 1356 Laurel Way | From 06/15/1984 |
| Number    Street | To | Number    Street | To |
| Malibu        CA    90265 | | Beverly Hills    CA    90210 | |
| City    State  ZIP Code | | City    State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From | | From |
| Number    Street | To | Number    Street | To |
| | | | |
| City    State  ZIP Code | | City    State  ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No
☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:  Explain the Sources of Your Income

| Debtor 1 | Laura Louise Gottlieb | Case number *(if known)* | 9:22-bk-10313-RC |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

---

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 26,400.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0.00 |
| **For last calendar year:**<br>(January 1 to December 31, 2021 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 26,400.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2020 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 26,400.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0.00 |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Spendthrift Trust<br>1040 Tax<br>Projected Error | $ 120,000.00<br>$<br>$ | Spendthrift Trust<br>Audit Denied<br>by Trustee | $ 0.00<br>$<br>$ |
| **For last calendar year:**<br>(January 1 to December 31, 2021 )<br>YYYY | Spendthrift Trust<br>1040 Tax<br>Projected Error | $ 120,000.00<br>$<br>$ | Spendthrift Trust<br>Audit Denied<br>by Trustee | $ 0.00<br>$<br>$ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2020 )<br>YYYY | Spendthrift Trust<br>Per Tax Return<br>Mistated Line #9 | $ 44,679.00<br>$<br>$ | Spendthrift Trust<br>Audit Denied<br>by Trustee | $ 0.00<br>$<br>$ |

Debtor 1    __Laura Louise Gottlieb__
            First Name    Middle Name    Last Name

Case number (if known) 9:22-bk-10313-RC

---

**Part 3:** **List Certain Payments You Made Before You Filed for Bankruptcy**

---

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as
    "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

    ☐ No. Go to line 7.

    ☑ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the
        total amount you paid that creditor. Do not include payments for domestic support obligations, such as
        child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

    * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No. Go to line 7.

    ☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that
        creditor. Do not include payments for domestic support obligations, such as child support and
        alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Bank of America**<br>Creditor's Name<br>**P.O. Box 15019**<br>Number    Street<br><br>**Wilmington    DE**<br>City    State    ZIP Code | | $ _____ | $ _____ 5,000.00 | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **Wells Fargo**<br>Creditor's Name<br>**P.O. Box 10335**<br>Number    Street<br><br>**Des Moines    IA    50306**<br>City    State    ZIP Code | | $ 371,270.81 | $ 528,729.19 | ☑ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **Wells Fargo**<br>Creditor's Name<br>**P.O. Box 10335**<br>Number    Street<br><br>**Des Moines    IA    50306**<br>City    State    ZIP Code | | $ 0.00 | $ 233,000.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other Equity Line |

| Debtor 1 | Laura Louise Gottlieb | | | Case number *(if known)* | 9:22-bk-10313-RC |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No
☑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| SEE LIST ATTACHED | | | | NOT AS A DEBT. Debtor #2 Trustee, has distributed funds and properties for amount and value non-entitled by the attached beneficiary and 3rd Parties refusing an audit and full disclosure of all facts. |
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City                State    ZIP Code | | | | |
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City                State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☐ No
☑ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| SEE LIST ATTACHED | | | | NOT AS A DEBT. Debtor #2 Trustee, has distributed funds and properties for amount and value non-entitled by the attached beneficiary and 3rd Parties refusing an audit and full disclosure of all facts. |
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City                State    ZIP Code | | | | |
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City                State    ZIP Code | | | | |

| Debtor 1 | Laura Louise Gottlieb | | Case number (if known) 9:22-bk-10313-RC |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **SEE ATTACHED** | Debtor #2, Trust status as an Revocable Trust, which has automatically become Irrevocable by Settlor's inability to make decisions do to Dementia, since 2016. | Court Name _____ <br> Number  Street _____ <br> City    State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number _____ | | | |
| Case title_____ | TRUST DOCUMENT OF DEBTOR#1 Entitlement attached. | Court Name _____ <br> Number  Street _____ <br> City    State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number _____ | | | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No.  Go to line 11.
☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Richard J. Gottlieb, Trustee <br> Creditor's Name <br><br> 439 N. Bedford Drive <br> Number  Street <br><br><br> Beverly Hills    CA    90210 <br> City    State   ZIP Code | Debtor#1preparations has discoverd that Debtor #2 Trustee w/o notice has sold Debtor's #1 Primary house pledged. <br><br> **Explain what happened** <br> ☐  Property was repossessed. <br> ☐  Property was foreclosed. <br> ☐  Property was garnished. <br> ☐  Property was attached, seized, or levied. | 04/21/2021 | $ 14,664,000.0 |
| SEE ATTACHED <br> Creditor's Name <br><br><br> Number  Street <br><br><br> City    State   ZIP Code | Debtor #2 Trustee, has unlawfully and w/o notice, has sold/Transfered a list of Trust Assets without disclosure of the proceeds' Beneficiaries. <br><br> **Explain what happened** <br> ☐  Property was repossessed. <br> ☐  Property was foreclosed. <br> ☐  Property was garnished. <br> ☐  Property was attached, seized, or levied. | | $ |

Debtor 1  Laura Louise Gottlieb
_____
First Name    Middle Name    Last Name

Case number (if known) 9:22-bk-10313-RC
_____

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ | | | |
| Creditor's Name | | | |
| | | | |
| _____ | | _____ | $_____ |
| Number    Street | | | |
| _____ | | | |
| _____ | | | |
| City            State    ZIP Code | Last 4 digits of account number: XXXX–___  ___  ___  ___ | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☐ No
☑ Yes

---

**Part 5:    List Certain Gifts and Contributions**

---

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| SEE ATTACHED TRUST | Debtor #2 Trustee, has unlawfully and w/o notice, has gifted non-entitled beneficiaries of the Trust and 3rd Parties unrelated distribution of funds and transfer of properties that cannot be economically or rationally justified. | _____ | $_____ |
| Person to Whom You Gave the Gift | | | |
| _____ | | _____ | $_____ |
| _____ | Since 2016, Trustee has refused to provide an audit of the Trust distribution of Asset to the Beneficiaries of the Trust and acting w/o authority on what is now an Irrevocable Trust. | | |
| Number    Street | | | |
| _____ | | | |
| City            State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| Person to Whom You Gave the Gift | | | |
| _____ | | _____ | $_____ |
| _____ | | | |
| Number    Street | | | |
| _____ | | | |
| City            State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1    Laura Louise Gottlieb

First Name    Middle Name    Last Name

Case number *(if known)*  9:22-bk-10313-RC

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| The Daniel & Susan Gottlieb Fo<br>Charity's Name<br><br>C/o Susan Lenman Gottlieb<br><br>1356 Laurel Way<br>Number    Street<br><br>Beverly Hills    CA    90210<br>City    State    ZIP Code | Debtor #2 Trustee, has unlawfully and w/o notice, has gifted non-entitled beneficiaries of the Trust and 3rd Parties unrelated distribution of funds and transfer of properties that cannot be economically or rationally justified.<br><br>Since 2016, Trustee has refused to provide an audit of the Trust distribution of Asset to the Beneficiaries of the Trust and acting w/o authority on what is now an Irrevocable Trust. | _____<br><br>_____ | $_____<br><br>$_____ |

## Part 6:    List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| Property Funded by the Trust and managed by Debtor #2 Trustee. | Potential "arson" Investigation Pending on 1 of more Alhambra, CA propoerties. | _____ | $_____ |

## Part 7:    List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____<br>Person Who Was Paid<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City    State    ZIP Code<br><br>_____<br>Email or website address<br><br>_____<br>Person Who Made the Payment, if Not You | | _____<br><br>_____ | $_____<br><br>$_____ |

Debtor 1    Laura Louise Gottlieb
_____
First Name    Middle Name    Last Name

Case number (if known)    9:22-bk-10313-RC

| Description and value of any property transferred | | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| _____ | | _____ | $_____ |
| Number    Street | | | |
| _____ | | _____ | $_____ |
| _____ | | | |
| City    State    ZIP Code | | | |
| _____ | | | |
| Email or website address | | | |
| _____ | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Description and value of any property transferred | | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| _____ | | | |
| Number    Street | | _____ | $_____ |
| _____ | | | |
| _____ | | _____ | $_____ |
| City    State    ZIP Code | | | |

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **SEE ATTACHED** | SEE ATTACHED | SEE ATTACHED | |
| Person Who Received Transfer | Debtor #2 Trustee | Debtor #2 Trustee potentially via the forgiveness of debts/liens to Beneficiaries and 3rd Parties, which cannot be economically justified and w/o disclosure. | _____ |
| _____ | | | |
| Number    Street | | | |
| _____ | | | |
| _____ | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | |
| _____ | | | |
| Number    Street | | | |
| _____ | | | |
| _____ | | | _____ |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1 ___Laura Louise Gottlieb_____     Case number *(if known)* 9:22-bk-10313-RC
          First Name    Middle Name        Last Name

**19.** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you
are a beneficiary? (These are often called *asset-protection devices.*)

☐ No
☑ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust  Debtor #2 Trustee for<br><br>The Daniel M. Gottlieb Trust | Since 2016; The Settlor has become geometrically incapacitated (dementia). Trustee, Beneficiaries and 3rd Parties seem to have colluded in the transfer of Trust Assets collectively  and have refused to provide an audit for all transactions. SEE ATTACHED | _____ |

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

**20.** Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit,
closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions,
brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| SEE ATTACHED - Debtor #2<br>Name of Financial Institution<br><br>Number   Street<br><br>_____<br>City          State   ZIP Code | XXXX–__ __ __ __ | ☑ Checking<br>☑ Savings<br>☑ Money market<br>☑ Brokerage<br>☑ Other Deposit Box | _____ | $_____ |
| Name of Financial Institution<br><br>Number   Street<br><br>_____<br>City          State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**21.** Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for
securities, cash, or other valuables?

☐ No
☑ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| SEE ATTACHED<br>Name of Financial Institution<br><br>Number   Street<br><br>_____ 90210<br>City          State   ZIP Code | Debtor #2, Wife & Trustee<br>Name<br><br>439 N. Bedford Drive<br>Number   Street<br><br>Beverly Hills    CA   90210<br>City      State      ZIP Code | | ☐ No<br>☑ Yes |

Debtor 1    Laura Louise Gottlieb

First Name    Middle Name    Last Name

Case number (if known)  9:22-bk-10313-RC

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| Name of Storage Facility | Name | | |
| Number  Street | Number  Street | | |
| | City State  ZIP Code | | |
| City  State  ZIP Code | | | |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No
☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| The Daniel M. Gottlieb Trust | | SEE ATTACHED | |
| Owner's Name | | | $_____ |
| 439 N. Bedford Drive | SEE ATTACHED | | |
| Number  Street | Number  Street | | |
| Beverly Hills   CA   90210 | | | |
| City  State  ZIP Code | City  State  ZIP Code | | |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name of site | Governmental unit | | |
| Number  Street | Number  Street | | |
| | City  State  ZIP Code | | |
| City  State  ZIP Code | | | |

Debtor 1    Laura Louise Gottlieb

First Name    Middle Name    Last Name

Case number (*if known*) 9:22-bk-10313-RC

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title | Court Name | | ☐ Pending |
| | | | ☐ On appeal |
| | Number    Street | | ☐ Concluded |
| Case number | City    State    ZIP Code | | |

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☑ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| SEE ATTACHED | | |
| Business Name | | |
| Debtor #2 | DEBTOR #2, over 35 entities have been registered by the Trustee | EIN: __ __ - __ __ __ __ __ __ __ |
| Number    Street | Name of accountant or bookkeeper | Dates business existed |
| City    State    ZIP Code | | From _____ To _____ |
| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| Business Name | | |
| Number    Street | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Name of accountant or bookkeeper | Dates business existed |
| City    State    ZIP Code | | From _____ To _____ |

Debtor 1    Laura Louise Gottlieb

First Name    Middle Name    Last Name

Case number *(if known)* 9:22-bk-10313-RC

| | | |
|---|---|---|
| Business Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: __ __ - __ __ __ __ __ __ __ |
| Number    Street | Name of accountant or bookkeeper | |
| City    State    ZIP Code | | Dates business existed<br><br>From _____  To _____ |

---

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?** Include all financial institutions, creditors, or other parties.

☑ No
☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| Name | MM / DD / YYYY |
| Number    Street | |
| City    State    ZIP Code | |

---

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Debtor #1, **O/B/O** Daniel M. Gottlieb Trust

✗ _Laura Gottlieb_                    ✗ _Laura Gottlieb_

Signature of Debtor 1                    Signature of Debtor 2

Date 05/09/2022                    Date 05/09/2022

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☐ No
☑ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# SUPPLEMENTAL
## Statement of Financial Affairs for Individuals
## Filing for Bankruptcy
## Form 107

**Debtor #1:** <u>Laura Louise Gottlieb</u>        **Page:**  #5     **Part:** 4     **Section:** 9
**Case #** 9:22-bk-10313-RC

                                        **Schedule/Form:** 107

========================================================

The following are related cases past and pending;

| | |
|---|---|
| Case: | #20STCV 46738 |
| Court: | Los Angeles, SUPERIOR COURT | Family Law - Los Angeles, CA |
| Ref: | Elder abuse conversion, accounting and negligence, |

Related Case:      #20STPB 10181
Court:             Los Angeles, SUPERIOR COURT | Probate Court - Los Angeles, CA

Appeal:            20STCV 46738, Los Angeles, SUPERIOR COURT | Family Law - Los
                   Angeles, CA

Related Case:      #21STPB 10509
Court:             Los Angeles, SUPERIOR COURT | Probate Court - Los Angeles, CA

Case:              #19STCV 17351
Court:             Los Angeles, SUPERIOR COURT | Family Law - Los Angeles, CA
Ref:               Damages and breach of fiduciary duties,

# SUPPLEMENTAL
## Statement of Financial Affairs for Individuals
## Filing for Bankruptcy
## Form 107

**Debtor #1:** <u>Laura Louise Gottlieb</u>          **Page:**   #4      **Part:** 3      **Section:** 7 & 8
**Case #** 9:22-bk-10313-RC

**Schedule/Form:** 107

===============================================================

Alleged Trustee for Debtor #2, has refuse to provide books, records and an audit of the Trust, corporate entities and 3rd party transactions with the following insiders;

<u>Mrs. Marcia Caden and Husband
Maurice Goldberg</u>
719 N. Rexford Drive
Beverly Hills, CA 90210

<u>Mrs. Susan Lenman Gottlieb</u>
The Daniel & Susan Gottlieb
Foundation
439 N. Bedford Drive,
Beverly Hills, CA 90210

<u>Mrs. Susan Lenman Gottlieb</u>
1356 Laurel Way
Beverly Hills, CA 90210

<u>Mr. Alex Gottlieb</u>
6340 Drexel Ave.
Los Ángeles, CA 90048

<u>Mr. Jonathan Gottlieb</u>
10827 Savona Road
Los Ángeles, CA 90077

<u>Ms. Jolene Kearns</u>
17751 Maplehurst Place,
Canyon Country, CA 91387

<u>Mr. Richard John Gottlieb and
Wife Irina</u>
938 Harvard Street

<u>Mrs. Joanne Gottlieb</u>
10821 Savona Road
Los Ángeles, CA 90077

<u>Mrs. Ann-Margret Olsson Smith</u>
2707 Benedict Canyon
Beverly Hills, CA 90210

# SUPPLEMENTAL
## Statement of Financial Affairs for Individuals
## Filing for Bankruptcy
## Form 107

**Debtor #1:** <u>Laura Louise Gottlieb</u>          **Page:**   #5     **Part:**  4     **Section:** 9
**Case #** 9:22-bk-10313-RC

**Schedule/Form:** 107

=========================================================

The following are related cases past and pending;

Case:              #20STCV 46738
Court:             Los Angeles, SUPERIOR COURT | Family Law - Los Angeles, CA
Ref:               Elder abuse conversion, accounting and negligence,


Related Case:      #20STPB 10181
Court:             Los Angeles, SUPERIOR COURT | Probate Court - Los Angeles, CA

Appeal:            20STCV 46738, Los Angeles, SUPERIOR COURT | Family Law - Los
                   Angeles, CA

Related Case:      #21STPB 10509
Court:             Los Angeles, SUPERIOR COURT | Probate Court - Los Angeles, CA


Case:              #19STCV 17351
Court:             Los Angeles, SUPERIOR COURT | Family Law - Los Angeles, CA
Ref:               Damages and breach of fiduciary duties,

# SUPPLEMENTAL
## Statement of Financial Affairs for Individuals
## Filing for Bankruptcy
## Form 107

**Debtor #1:** <u>Laura Louise Gottlieb</u>        **Page:**  #4      **Part:** 3      **Section:** 7 & 8
**Case #** 9:22-bk-10313-RC

**Schedule/Form:** 107

==============================================================

Alleged Trustee for Debtor #2, has refuse to provide books, records and an audit of the Trust, corporate entities and 3rd party transactions with the following insiders;

<u>Mrs. Marcia Caden and Husband
Maurice Goldberg</u>
719 N. Rexford Drive
Beverly Hills, CA 90210

<u>Mrs. Susan Lenman Gottlieb</u>
The Daniel & Susan Gottlieb
Foundation
439 N. Bedford Drive,
Beverly Hills, CA 90210

<u>Mrs. Susan Lenman Gottlieb</u>
1356 Laurel Way
Beverly Hills, CA 90210

<u>Mr. Alex Gottlieb</u>
6340 Drexel Ave.
Los Ángeles, CA 90048

<u>Mr. Jonathan Gottlieb</u>
10827 Savona Road
Los Ángeles, CA 90077

<u>Ms. Jolene Kearns</u>
17751 Maplehurst Place,
Canyon Country, CA 91387

<u>Mr. Richard John Gottlieb and
Wife Irina</u>
938 Harvard Street

<u>Mrs. Joanne Gottlieb</u>
10821 Savona Road
Los Ángeles, CA 90077

<u>Mrs. Ann-Margret Olsson Smith</u>
2707 Benedict Canyon
Beverly Hills, CA 90210

# SUPPLEMENTAL ATTACHMENT | PROPERTY
## Form #107

**Debtor #1:** Laura Louise Gottlieb
**Case #** 9:22-bk-10313-RC

======================================================

**Realty Associated:** (potentially fraudulent transfer and self-dealing)

<u>Mountains Recreation & Conservation, as (the "Buyer) on April 29th, 2021</u>: Debtor #1 Primary Home Exempted, fraudulent transfer without notices to Debtor #1, as assigned Beneficiary in the Trust. Believe to be an act of retribution for insisting on audited statements and previous claims for transparency.

507 W 26 # 100 Los Angeles, CA 90065
**Re:**  6375 Meadows Court, Malibu, CA 90265
    **APN:** 4460-008-046

**Trust Funded Properties:** Transactions with the following Properties are questionable as to the fair business practices and beneficiary entitlement by various members of the Trust, which seems to have been <u>mastermind by the alleged Trustee and counsels</u>, as (the "**Scheme**"). Such **Scheme** strategy has consisted in providing greater beneficial interest to certain Trust <u>Beneficiaries</u> and 3rd <u>Parties</u> beyond their entitlement per the <u>Trust indenture or economic business sense</u>, all the while refusing <u>full disclosure of all material facts and denying an audit</u> of the Trust, as entitled by the Beneficiaries;

938 Harvard Street, Santa Monica, CA 90403
302 Marguerita Avenue, Santa Monica, CA 90402
310 Marguerita Avenue, Santa Monica, CA 90402
719 N. Rexford Drive, Beverly Hills, CA 90210
604 N. Palm Drive, Beverly Hills, CA 90210
1356 Laurel Way, Beverly Hills, CA 90210
1349 Laurel Way, Beverly Hills, CA 90210
1357 Laurel Way, Beverly Hills, CA 90210
17751 Maplehurst Place, Canyon Country, CA 91387
5748 Campo Walk, Long Beach, CA 90803
6340 Drexel Ave., Los Angeles, CA 90048
244 S. Palm Drive, Beverly Hills, CA 90212
760 N. Beverly Glen Blvd., Los Angeles, CA 90077
10827 Savona Road, Los Ángeles, CA 90077
10821 Savona Road, Los Ángeles, CA 90077
6656 Langdon Ave., Van Nuys, CA 91406

# SUPPLEMENTAL ATTACHMENT | PROPERTY
# Form #107

**Debtor #1:** <u>Laura Louise Gottlieb</u>
**Case #** 9:22-bk-10313-RC

====================================================

7789 E. Lazy J Road, Scottsdale, AZ 85266
3537 Bayberry Lane, Malibu, CA 90265
605 N. Rexford Drive, Beverly Hills, CA 90210
4120 ~ 4130 La Jolla Village Drive, La Jolla, CA 92037
729 Montana Avenue, Santa Monica, CA 90403
11528 West Pico Blvd., Los Angeles, CA 90064
12277 Industrial Boulevard, Victorville, CA 92395
1503 Abbot Kinney Blvd., Venice, CA 90291
1301 Abbot Kinney Blvd., Venice, CA 90291
19530 Haida Road, Apple Valley, CA 92307
10590 Wilshire Blvd. Apt 1001, Los Angeles, CA 90024 | <u>Mrs. Oksana Borzina</u>

435 N. Roxbury Drive, Beverly Hills, CA 90210 | Steven Lebowitz

3819 Cornell Rd. Agoura Hills, CA 91301 | Lynnette G Bishop

1018 2nd Street, Unit #2, Santa Monica, CA 90403
439 Bedford, Beverly Hills, CA 90210
439 Bedford, Beverly Hills, CA 90210 (APN# 4343 024 011 16 000)
1333 Second Street, Suite #650, Santa Monica, CA 90401
2707 Benedict Canyon, Beverly Hills, CA 90210
360 Orange St. Redlands, CA 92374
259 Hampton Drive, Venice, CA 90291

1827 W. Valley Blvd., Alhambra, CA 91803
1839 W. Valley Blvd., Alhambra, CA 91803
1841 W. Valley Blvd., Alhambra, CA 91803
1819 W. Valley Blvd., Alhambra, CA 91803

729 MONTANA AVE, UNIT 7 SANTA MONICA, CA 90403 | BRC REAL ESTATE, LLC
(201533910084)
8401-29 Palms Hwy, Yucca Valley, CA 92284 | G & L Realty Partnership, LP

APN #061-021-41, "Palms-Avalon" | Dunes Development-Avalon, LLC
APN #0601-201-14, "Avalon Parcel"

# SUPPLEMENTAL ATTACHMENT | PROPERTY
## Form #107

**Debtor #1:** Laura Louise Gottlieb
**Case #** 9:22-bk-10313-RC

===============================================================

APN #0601-611-16, "Gupta Parcel"
APN #0601-611-12, "Da Sliva Parcel"
APN #080-020-28, "China Lake & Bowman Ave, Ridgecrest, CA"
    | 6.94 Acres Vacant Land
APN# 0601-611-15, Force-Gottlieb, LLC. d/b/a Prescott Retail Center
    |58401 29 Palms Hwy., Yuca Valley, CA 92284

**Business Entities Associated:** (potentially fraudulent transfer and self-dealing)

**CORPORATE ENTITIES ASSOCIATED:** The following entities, some which have been dissolve are likely to have been used for self-dealing, embezzlement and fraudulent transfer of Trust Assets by the alledged entitled Trustee, counsels, certain Trust Beneficiaries and 3rd Parties, as co-conspirator for their own benefit.

Debtor #1, believes and is concern that the Revocable Trust post its 3-year mark of existance may have failed to secure a Tax-Id (TIN) # and failed to file taxes for the Trust under its own TIN#. This potentially creating a unknown tax liability to the Trustotential by improper Trust Asset disposal,transfer and tax reporting requirement. Further, that in a similar manner the following corporate entities may have not secured TIN# and potentially have failed to file taxes per the tax requirements;

Bedford Industrial, LLC.
BRC Real Estate, LLC.
BRC REAL ESTATE, LLC (201533910084)

Dunes Development-Victorville, LLC.
Dunes Development, LLC.
Dunes Development-Avalon, LLC.
Dunes Homes, LLC.
D & R Investments, LLC.
DG Regents Court, Corp.


Ethel Valley, LLC. | Bank of America Mortgage | Burned Down Building (Potentially under investigation for arson)

# SUPPLEMENTAL ATTACHMENT | PROPERTY
## Form #107

**Debtor #1:** Laura Louise Gottlieb
**Case #** 9:22-bk-10313-RC

=================================================================

FORCE-GOTTLIEB LLC (202117210843)

Glen Heather Properties, LLC.
G&L 436 BEDFORD LLC (200323310008)
G & L Gardens, LLC.
G & L Yucca Valley, LLC.
G & L Yucca Valley II, LLC.
G & L China Lake, LLC. (#26-2879390)
G & L Regents Court, LLC.
G & L MASTER AGREEMENT
G & L REALTY – PRIVATE FOUNDATION
G & L REALTY, LLC (200533210041)
G & L REALTY, LLC (200533210041)
G & L REALTY CORP. (1875973)
G&L REALTY PROPERTIES, LLC (200620110192)
G&L REALTY PARTNERSHIP, L.P. (199332000015)
G&L SANTA CLARITA, LLC (200929310111)
G2 GALLERY, LLC (200726810140)
G2 PUBLICATIONS LLC (201818410598)

HANDCRAFTED ENTERTAINMENT, INC. (3364560)
HANDCRAFTED MODEL SHIPS, LLC (200628610008)
HANDCRAFTED MODEL SHIPS, INC. (2700217) | RICHARD NORRIS
         RICHARD NORRIS 2493 GRANVILLE AVE LOS ANGELES, CA 90064
         2493 GRANVILLE AVE ALHAMBRA, CA 90064

HCN G&L DOWNREIT II, LLC (201510010343, Delaware)
HCN G&L DOWNREIT II GP, LLC (201603710198, Delaware)
HCN G L DownREIT II, LLC.

Lemonshark, LLC.
Lazy J Lot 57, LLC. (Arizona)

# SUPPLEMENTAL ATTACHMENT | PROPERTY
## Form #107

### Debtor #1: Laura Louise Gottlieb
### Case # 9:22-bk-10313-RC

=======================================================

Oasis Operating Company, LLC.
Oasis China Lake, LLC.

Pico District, LLC.

RJG Montana, LLC.
RJG 2nd Street, LLC.
Red Craft, LLC.
R & D Development Group, LLC.
Retrowood Furniture, LLC.
Red Bag Group, LLC. (Potentially under an arson Investigation, Alhambra, CA)
Red Bag LLC,

Spalding Commercial, LLC.

The DMG Family, LLC. (#20-2587626)
The DMG Family Land, LLC. (#45-5522031, Delaware)
The Laura Gottlieb Irrevocable Trust (Tax-ID#81-6746188),
The Tropics, Inc. / RJG Montana, LLC.
        7056 Santa Monica Blvd., Los Angeles, CA 90038

435 NORTH ROXBURY DRIVE GP, LLC (201508310073) | STEVEN D LEBOWITZ
435 NORTH ROXBURY DRIVE, LTD., (198422700068) | DAVID HAMER

605 REXFORD LLC (201909810307) | OKSANA BORZINA
435 Bedford, LLC.
400 MAXXAM, INC
1301 Abbot Kinney, LLC.
259 S. Hampton, LLC.


**Financial & Bank Distributions of Assets:**

The following asset were disposed of by the alleged Trustee without notice to Debtor #1, regardless of the fact that most if not all of these Asset were assigned to Debtor #1, as the

# SUPPLEMENTAL ATTACHMENT | PROPERTY
## Form #107

Debtor #1: <u>Laura Louise Gottlieb</u>
Case # 9:22-bk-10313-RC

=================================================================

Beneficiary. Debtor #1; becoming aware of the recklessly mishandling of the account by inquiries by the financial institution as custodian of these Assets.

<u>Daniel M. Gottlieb Trust</u>
Wells Fargo | Safe Deposit Box Acc# CAWFB006453315
Wells Fargo | VISA # Ending #4147 1820 9049 8504

HCN G & L DOWNREIT II, LLC.
69,159.84 Class "A" Stock, 1,867.31 Class "A" Stock and 300,868.16 Class "A"

<u>Investment and Trade Account of Mrs. Laura Gottlieb (Debtor #1)</u>

WELLS FARGO ADVISORS
**Att:** Mark Lindee, Account Manager
10877 Wilshire Blvd. 17th Floor, Los Angeles, CA 90024
Account #_____ and Acc#6000254760

GOLDMAN SACHS: (Acc#027-40242-9, Various)
    IRS Schedule B (Dividends)
    IRS Form 8949

Daniel M. Gottlieb | US Bank
    Account #71-6517569670,
    #4761 5385 6892 8980,
    #1-534-9327-5777,
    #1-534-9533-4903, et.al.

E*Trade Clearing, LLC. (#36164100, Various) | $5,605,702 in 2016

RLB Investors, LLC. – Transfer of Assets of Barbara

**Debtor #1; Unexplained Losses:** (Tax Returns Filings, cause by the reckless and negligent actions of the alleged Trustee's management of the Trust Assets)

    **Year 2018:** ($2,316,473)
    The DMG Family, LLC. (#20-2587626)

# SUPPLEMENTAL ATTACHMENT | PROPERTY
## Form #107

**Debtor #1:** <u>Laura Louise Gottlieb</u>
**Case #** 9:22-bk-10313-RC

======================================================

The DMG Family Land, LLC. (#45-5522031, Delaware)

**<u>Year 2019</u>:** ($3,407,994.00)
The DMG Family, LLC. (#20-2587626)
The DMG Family Land, LLC. (#45-5522031, Delaware)
G & L China Lake, LLC. (#26-2879390)

**<u>Year 2020</u>:** ($4,276,249.00)
The DMG Family, LLC. (#20-2587626)
The DMG Family Land, LLC. (#45-5522031, Delaware)
G & L China Lake, LLC. (#26-2879390)

400 MAXXAM, INC. (IRS Form #8949)
Foreign Tax Credits (Various) | IRS Form 116 (not disclosed and potentially a
violation of OFAC foreign asset disclosure).

<u>Noteworthy</u>; The alleged entitled Trustee, has demanded that accountants for Debtor #1 and
Debtor #are exclusively selected by the Trustee on the pretext of ease of accounting. Further,
denying a Debtor #1 accounting firm to review all source and file taxes on-behalf of Debtor
#1. This has continued to be alarming, as a potential collusion among the Trustee, certain
Trust Beneficiaries and 3rd Party Professional services in accounting and tax preparation for
proper and full disclosure in an audit of the Trustee handling of the Trust for the benefit of
the entitled Beneficiaries in their respective proportions or entitlement.

~

HOFFMAN
SABBAN &
WATENMAKER

———   •   ———
LAWYERS
———   •   ———

10880 Wilshire Blvd.
Suite 2200
Los Angeles, CA 90024
(310) 470-6010
Fax (310) 470-6735
Email: mail@hswlaw.com

November 12, 2014

Kenneth S. Wolf
Of Counsel
kwolf@hswlaw.com

**Personal & Confidential**
**Hand Delivered**

Daniel M. Gottlieb
439 N. Bedford Drive, #1000
Beverly Hills, CA 90210

Re:    Drafts of Your Estate Plan

Dear Dan:

I am enclosing drafts of The Second Amendment to and Restatement of
The Daniel M. Gottlieb Trust and your Will. Please review them to make certain that
they express your wishes accurately. To help in your review, here are summaries of the
Trustee and distribution provisions of the Trust and a brief summary of your Will.
However, reading these summaries is no substitute for reading the documents themselves
carefully. I have also enclosed a flow chart which diagrams how your Trust assets will be
distributed on your death.

TRUST

**Note that the Trust is designed to hold your separate property. No
community property assets should be transferred to the Trust because the transfer
will destroy the community property character of the assets transferred. If you have
any questions about the transfer of assets to this Trust, please call me.**

Article Two: Declarations Regarding Family.

Because specific provisions are being made for your grandchildren
Marshall, Elizabeth, Jon and Leon in this restatement of the Trust, I have named them in
the "family statement" of the Trust.

A PROFESSIONAL CORPORATION



HOFFMAN
SABBAN &
WATENMAKER
— • —
LAWYERS

Daniel M. Gottlieb
November 12, 2014
Page 2

### Article Three:  Trustees.

1.      You are still the Trustee of the Trust.  If you are unable to serve, your children, Laura Gottlieb and Richard Gottlieb, will serve as Co-Trustees.  If one of them is unable to serve, then Marcia Caden will serve in his or her place.  If any two of Laura, Richard and Marcia are unable to serve, then the remaining person will serve as sole Trustee.  If at any time when Laura and Richard are serving as Co-Trustees, they are unable to come to agreement on any issue relating to the administration of the Trust, then Marcia will cast a vote to break the tie.

2.      Laura will serve as Trustee of Marcia's Trust.  If Laura cannot serve, then Richard will serve as that Trustee.

3.      Each person serving as Trustee will have the power to name successors to serve after all named successor Trustees who are able and willing to serve have done so.  If more than one of the Trustees names successors, the designation of the Trustee who served latest in time will take precedence over the other designations.  However, at no time may Garson Silvers be appointed Trustee of the Trust, or any trust created under it after your death.

4.      A "Special Trustee" is appointed to act in situations when a beneficiary is also serving as Trustee and must make a decision which will cause adverse tax consequences or may favor the beneficiary.

5.      The Trust waives the requirement that the Trustee obtain a surety bond, which means that there is no "insurance" for the beneficiaries in the event of Trustee misconduct.  Please let us know if you would prefer to require a bond for any Trustee who serves, or only certain Trustees.  The cost of the bond would be paid from the Trust.

### Article Four:  During Your Lifetime.

The Trust will continue to be held for you during your lifetime, subject to your right to amend or revoke the Trust.  If you become unable to serve as Trustee, the Trustee is directed to support Susan.  The Trustee may also continue to make any



Daniel M. Gottlieb
November 12, 2014
Page 3

payments for the support, health, maintenance and education of your children, your grandchildren, and John and Joanne which you may have made prior to your ceasing to serve as Trustee.

<u>Article Five:  Distribution After Your Death</u>.

After your death, the Trust will become irrevocable.

1.    <u>Personal Items</u>.  Your personal items (clothing, jewelry, collections, etc.) will be distributed according to a List which needs to be signed by you but does not need to be notarized.  I have enclosed a memo that more fully explains how a List works and includes a sample that you might follow.  Any items not distributed according to the List will be distributed as follows:

(a)    Any items in your primary residence that are not distributed according to the List will be allocated to the Marital Trust for Susan's benefit.

(b)    The balance of your personal items will be distributed equally to <u>Laura and Richard</u> as they decide.  If they are unable to agree, they will draw cards from a standard set of playing cards and then choose items in order without regard to relative value.

2.    <u>Trust for Susan</u>.  A "Marital Trust" will be established for Susan's benefit.

(a)    The Trustee will allocate to this trust your primary residence, the furniture and furnishings in that residence and $6 million.

(b)    Susan will receive all net income of the Marital Trust, and may also receive principal if needed for her health, support and maintenance.

(c)    Susan can live in your primary residence without paying rent.  She may direct the sale of the home and the purchase of another in its place.

HOFFMAN
SABBAN &
WATENMAKER
◆
LAWYERS

Daniel M. Gottlieb
November 12, 2014
Page 4

　　　　(d)　　After Susan's death, any undistributed income from the
Marital Trust will be distributed to her estate. The balance of the principal will be
distributed in the same manner as the residue as described in Paragraph 6 below.

　　　　3.　　Trust for Marcia. The amount of $4 million will be allocated to a
trust for Marcia. She will receive all of the income of her trust, plus principal as needed
for her health, support and maintenance. Upon her death, the remaining assets in her trust
will be distributed in the same manner as the residue as described in Paragraph 6 below.

　　　　4.　　Trust for John & Joanne. The amount of $3 million will be allocated
to a trust for your brother John and his wife, Joanne, or the survivor of them. The Trustee
may distribute income and principal as needed for health, support and maintenance,
specifically including care givers for John and any additional care he may need. Upon the
death of the survivor of them, the remaining assets in their trust will be distributed in the
same manner as the residue as described in Paragraph 6 below.

　　　　5.　　Smith Note. The promissory note payable by Roger and
Ann-Margret Smith to you as Trustee of the Trust (which note is secured by the home on
Benedict Canyon Drive) is to continue to be held by the Trustee, who is to extend the due
date on the note for five-year periods, on the same terms, so long as Roger and
Ann-Margret are living and want to live in the Benedict home. However, upon the first to
occur of (a) the Benedict Home being sold, or (b) upon the death of the survivor of Roger
and Ann-Margret, the entire principal and accrued interest on the Smith Note will be due
and payable within thirty (30) days. No distribution of this note (as a part of the share for
any beneficiary of the Trust) is to be made unless the proposed distributee acknowledges
in writing that he or she will agree to abide by the provisions described above.

　　　　6.　　Residue. The residue of the Trust assets will be divided into three
equal shares:

　　　　(a)　　Share for Richard and his Descendants. If Richard or a
descendant of Richard survives you, then Richard's share will be distributed as follows:

HOFFMAN
SABBAN &
WATENMAKER
——— • ———
——— LAWYERS ———

Daniel M. Gottlieb
November 12, 2014
Page 5

        (i)  Richard will receive eighty percent (80%) of this share outright.  If Richard is deceased, this subshare will augment the share for his descendants, described below.

        (ii)  Twenty percent (20%) of this share will be held in a pot trust for Richard's descendants, to be managed and distributed as described in Paragraph 7 below.  If Richard survives you but leaves no living descendant, this 20% subshare will augment the share Richard receives outright (i.e., he will receive 100%).

        If Richard is deceased without living descendants, this share will augment the other shares under this Paragraph 6.

        (b)    <u>Share for Laura and her Descendants</u>.  If Laura or a descendant of Laura survives you, then the two homes in Malibu will be allocated to this share as part of Laura's one-third interest.  Laura's share will be distributed as follows:

        (i)  Laura will receive sixty percent (60%) of this share outright.  If Laura survives you, the two Malibu homes will be allocated to this subshare.  If Laura is deceased, this subshare (including the two Malibu homes) will augment the subshare for her descendants, described below.

        (ii)  Forty percent (40%) of this share will be held in a pot trust for Laura's descendants, to be managed and distributed as described in Paragraph 7 below.  If Laura survives you but leaves no living descendant, this 40% subshare will augment the share Laura receives outright (i.e., she will receive 100%).

        If Laura is deceased without living descendants, this share will augment the other shares under this Paragraph 6.

        (c)    <u>Benjamin and Jake's Share</u>.  Benjamin and Jake's share will be distributed as follows:

        (i)  The home located at 244 South Palm Drive, Beverly Hills will be allocated to this share of the residue, to be held as an asset of the trust for Benjamin and Jake, as described below.



HOFFMAN
SABBAN &
WATENMAKER
——————— ●
——— LAWYERS ———

Daniel M. Gottlieb
November 12, 2014
Page 6

(ii)  $3,000,000 from this share will be distributed to <u>each</u> of your nephews, Jonathan and Alex.  If a nephew is deceased, the gift to him will lapse.

(iii)  The balance of this share will be managed and distributed in a pot trust for Benjamin and Jake as described in Paragraph 9 below.  If either of them is deceased, his descendants will take in his place.

7.    <u>Pot Trusts for Marshall and Elizabeth, and for Jon and Leon</u>.  Two separate "Pot Trusts" will be established: one for Marshall and Elizabeth, and one for Jon and Leon.  Each Pot will be held the benefit of both beneficiaries until the younger of them (or the survivor of them, if one of the two is deceased) turns 21 years old.

(a)    Until that time, the Trustee may pay to the beneficiary (and the descendants of any of them who is deceased) amounts determined by the Trustee to be needed for their health, support, maintenance and education.  The Trustee can pay more to one beneficiary than another and may make no payments at all to a beneficiary.  These payments will be charged to the pot trust as a whole, and will not be charged against a beneficiary's ultimate share when the pot trust is divided.  However, any distributions to a beneficiary for a **home or business** (as described in Paragraph 13 below) <u>will</u> be charged against that beneficiary's ultimate share when the pot trust is divided.

(b)    When the younger of Marshall and Elizabeth, or the younger of Jon and Leon, attains age 21, the assets of the Pot Trust held for the two of them will be divided into two (2) equal shares, to be managed and distributed in trust for each of the two beneficiaries as described in Paragraph 8 below.  If Marshall, Elizabeth, Jon or Leon is deceased, his or her share will be divided into trusts for his or her descendants, to be managed and distributed as described in Paragraph 8.  If Marshall or Elizabeth is deceased without living descendants, his or her share will not be added to the shares for the other beneficiaries, but will augment the share for Laura or her descendants.  If Jon or Leon is deceased without living descendants, his share will not be added to the shares for the other beneficiaries, but will augment the share for Richard and his descendants.

8.    <u>Separate Trusts for Marshall, Elizabeth, Jon and Leon</u>.  The individual trusts for Marshall, Elizabeth, Jon and Leon will be managed and distributed as follows:

HOFFMAN
SABBAN &
WATENMAKER
———— • ————
LAWYERS

Daniel M. Gottlieb
November 12, 2014
Page 7

(a)    Each beneficiary will each receive all of the net income of his or her trust and may also receive principal if needed for his or her health, support, maintenance and education.

(b)    Each beneficiary will each receive the remaining principal of his or her trust outright one-third at age 25, one-half of the balance at age 30 and the entire balance at age 35.

(c)    If a beneficiary dies before receiving his or her entire trust, it will be divided into equal trusts for his or her children, to be managed and distributed as described in this paragraph.

9.    <u>Pot Trust for Benjamin and Jake</u>.  The share for Benjamin and Jake will be held in a "Pot Trust" for their benefit until Jake turns 21 years old.

(a)    Until that time, the Trustee may pay to Benjamin and Jake (and the descendants of either of them who is deceased) amounts determined by the Trustee to be needed for their health, support, maintenance and education.  The Trustee can pay more to one beneficiary than another and may make no payments at all to a beneficiary.  These payments will be charged to the pot trust as a whole, and will not be charged against a beneficiary's ultimate share when the pot trust is divided.  However, any distributions to a beneficiary for a **home or business** (as described in Paragraph 13 below) <u>will</u> be charged against that beneficiary's ultimate share when the pot trust is divided.

(b)    When Jake attains age 21, the Trust assets will be divided into two equal shares, one for each of them.  Benjamin's and Jake's shares will be managed and distributed in trust for them as described in Paragraph 10 below.  If either of them is deceased, his share will be divided into trusts for his descendants to be managed and distributed as described in Paragraph 10.  If Benjamin or Jake is deceased without living descendants, his share will not be added to the share for his brother, but will proportionately augment the shares for Richard and Laura, or their respective descendants.

HOFFMAN
SABBAN &
WATENMAKER
• ⸺
⸺ LAWYERS ⸺

Daniel M. Gottlieb
November 12, 2014
Page 8

10.    <u>Separate Trusts for Benjamin and Jake</u>.  The individual trusts for Benjamin and Jake will be managed and distributed as follows:

(a)    Benjamin and Jake will each receive all of the net income of his trust and may also receive principal if needed for his health, support, maintenance and education.

(b)    Benjamin and Jake will each receive the remaining principal of his trust outright one-third at age 35, one-half of the balance at age 40 and the entire balance at age 45.

(c)    If Benjamin or Jake dies before receiving his entire trust, it will be divided into equal trusts for his children, to be managed and distributed as described in this paragraph.

11.    <u>Distributions for Business or Home</u>.  If an adult beneficiary wants to start a business or to buy a home, the Trustee may make distributions from that beneficiary's trust for that purpose.  The home may be purchased as an asset of the beneficiary's trust or funds can be given to the beneficiary who, in turn, may buy the house in his or her name, as the Trustee may decide.

12.    <u>Postponement</u>.  Any distribution can be postponed if the Trustee determines that there is good reason, such as the beneficiary's divorce, inability to manage funds wisely or substance abuse.  The Trustee may require that a beneficiary be drug tested.  If those tests detect the presence of illegal drugs or controlled substances, or alcohol dependency, the Trustee can withhold distributions to the beneficiary until the beneficiary successfully completes a rehabilitation program approved by the Trustee, to be paid for from the beneficiary's trust.

13.    <u>Final Distribution</u>.  If any Trust assets are not distributed according to the previous provisions, the remaining assets will be distributed to the Nature Conservancy Inc., Arlington, Virginia.



HOFFMAN
SABBAN &
WATENMAKER
◆
—— LAWYERS ——

Daniel M. Gottlieb
November 12, 2014
Page 9

<u>Article Six: Taxes</u>.

Specific gifts described in the Trust (such as gifts of personal items and the allocations for Susan, Marcia, John and Joanne) will not be reduced by death taxes. All taxes on assets <u>in</u> the Trust will be paid from the residue (i.e., the shares passing to Richard, Laura, Benjamin, Jake and their respective descendants).

<u>Balance of Trust</u>.

The balance of the Trust Agreement contains fairly technical provisions about the payment of taxes, Trustee's powers and the administration of the Trust. They allow for maximum flexibility in administering the Trust and minimizing taxes. We are happy to answer your questions on any of these provisions.

**Please note that you disinherit any heir who is not named as a beneficiary of the Trust and any beneficiary who contests any of your estate planning documents.** "Estate Planning Documents" include not only trusts you establish and your Will but also your beneficiary designations and agreements with co-owners of a business about transfers and purchases of your interest in the business and characterizations of your assets as separate or community property. A "contest" also includes a lawsuit against your estate or Trust seeking payment of a debt that your Executor or Trustee does not consider to be legitimate.

If there is a lawsuit between a beneficiary and the Trustee, the winner may be entitled to attorney's fees. If the beneficiary wins, his or her attorney's fees may be paid from the **other** beneficiaries' shares (if any). If the Trustee wins, the Trustee's attorney's fees may be paid from the share of the beneficiary opposing the Trustee.

<u>WILL</u>

Your new Will adds to the Trust any assets which may be owned by you outside of the Trust at the time of your death (other than assets held in joint tenancy or as community property with right of survivorship and assets with beneficiary designations). The Executors are the same as the successor Trustees of your Trust.

LAURA & RICHARD



Daniel M. Gottlieb
November 12, 2014
Page 10

Death taxes imposed on assets administered in the probate estate will be paid from the assets of the Trust. Death taxes imposed on assets <u>not</u> in the probate estate and <u>not</u> in the Trust (<u>e.g.,</u> life insurance, retirement assets and joint tenancy property, if any) will be paid by the beneficiaries of those assets.

If your Trust is fully funded with title to assets in the name of the Trust, probate of the Will should not be necessary since all of your assets will be held in the Trust or will pass by beneficiary designation.

## AUTOMATIC TRANSFERS ON DEATH

Many assets pass at death under the terms of beneficiary designations or the way you hold title to the asset, regardless of what you say in your Will or Trust. For example, life insurance, pension and profit sharing plan benefits and IRAs all pass in accordance with the beneficiary designations for those assets or, if none, according to the terms of the contract or plan. Assets held in joint tenancy or community property with right of survivorship pass automatically to the surviving joint tenant or spouse.

**It is essential that you review your beneficiary designations and the way you hold title to your assets. Unless you ask us to do it, we will not review or change these designations for you. This is your responsibility**. But of course we are happy to discuss with you the best designations and way of holding title to your assets.

## BENEFICIARY DESIGNATION OF RETIREMENT FUNDS

Your beneficiary designations can have major tax implications, in that they can affect the amount that must be paid out of your pension, IRA or 401(k) after your death. If you designate The Daniel M. Gottlieb Trust as the beneficiary of your retirement plans, then all assets <u>actually</u> distributed to the Trustee of the Trust from the retirement plans will, in turn, be distributed to the current trust beneficiaries. This "pass-through" of benefits will enable the Trustee to prolong the taking of distributions from your retirement plans and defer and reduce the income taxes associated with these distributions, but of course the funds so distributed will be in the full control of that beneficiary. Please consult us or a qualified pension advisor regarding the proper beneficiary designations.



HOFFMAN
SABBAN &
WATENMAKER
——— • ———
LAWYERS

Daniel M. Gottlieb
November 12, 2014
Page 11


### TRANSFER OF ASSETS TO YOUR TRUST

Your Trust will avoid probate only for the assets in the Trust at the time of your death. When you sign your Trust, we will also ask you to sign a General Assignment which sets forth your intent to transfer your rights in the bulk of your assets to your Trust. This is an interim measure only. Record title to each asset should be changed to name your living trust as the owner. We will give you written instructions on how to do this. **We will not do it for you unless you ask us to do it. This will be your responsibility**. Naturally, if you have any questions, or need help with transfers, we will be pleased to assist you. We charge for these services at our normal hourly rates.


### COPYRIGHTS

If you have any copyrights, federal law provides certain "statutory heirs" with automatic rights in copyrights (other than for "works made for hire"). These include the right to "terminate transfers" 35 years after you grant rights in works created after 1977. Your estate plan cannot control these rights. Let me know if you want more information about copyrights.


### PERIODIC REVIEW OF ESTATE PLAN

Please note that this plan is predicated on your wishes. However, it should be reviewed if your estate grows in value (for example, because of inheritance or inflation), or if there are changes in your family or personal situation (for example, a birth, a death or divorce), or in any event after approximately five years.

Please call me if you have any questions about the enclosures or if you wish to make changes to these documents. When the documents are satisfactory, we will arrange for you to sign the originals. Please remember that these documents are not effective until you have properly signed them.

Sincerely,

Kenneth S. Wolf

KSW:mk:la
Enclosures
H:\Attorney\KSW\Gb\Gottleb.Dan\Sum Ltr 2014 v2.ffm

# THE DANIEL M. GOTTLIEB TRUST
## Draft Second Amendment and Restatement

Upon the death of the Settlor, the Trust assets will be allocated as follows:

**Personal Items:**
1. Distribution By List.
2. Items in Home to Marital Trust
3. All other personal items equally to Laura & Richard.

**Marital Trust for Susan:**
1. Primary Residence plus contents, plus $6 million.
2. All income plus principal for health, support & maintenance.
3. Live in home rent-free.

**The Smith Promissory Note:**
The Trustee is to retain the Smith note and extend the term every five years for another 5-year period, so long as Roger and Ann-Margret Smith (or the survivor of them) desires to live in the Benedict Canyon residence. Upon the first to occur of: (1) the sale of residence, or (2) the death of the survivor of Roger and Ann-Margret, the note plus interest is due within 30 days. If the note is distributed to a beneficiary of the Trust, he or she must agree to these terms in order to receive it.

**Trust for John & Joanne:**
1. $3 million
2. All income plus principal for health, support & maintenance.
3. Continue with care givers & other needs for John.

**Trust for Marcia:**
1. $4 million
2. All income plus principal for health, support & maintenance.

**Allocation of Residue of Trust Assets:** The residue of the trust assets will be divided into three equal shares:

**Trust for Laura:**
2 Malibu properties are allocated to this share. to Laura outright (including the 2 Malibu properties). 25% to pot trust for Marshall and Elizabeth.

**Pot Trust for Marshall and Elizabeth, and Pot Trust for John and Leon:**
Discretionary income and principal for health, support, maintenance and education. When the younger of Marshall and Elizabeth reaches age 21, their pot trust divides into separate trusts for Marshall and Elizabeth. When the younger of Jon and Leon reaches age 21, their pot trust divides into separate trusts

**Share for Richard:**
to Richard outright, 20% to pot trust for Jon and Leon.

**Separate Trusts for Grandchildren:**
1. Each beneficiary may receive income and principal for health, support, maintenance and education.
2. The beneficiary is expected to be a "productive member of society", rather than depending on his or her trust entirely for his or her support.
3. The trusts for Marshall, Elizabeth, Jon and Leon will be distributed outright 1/3 at age 25, 1/2 of the balance at age 30, and the entire balance at age 35.
4. The trusts for Benjamin and Jake will be distributed outright 1/3 at age 35, 1/2 of the balance at age 40, and the entire balance at age 45.

**Share for Benjamin & Jake:**
– 244 South Palm Drive will be allocated to this share
– $3 million will be distributed to each of Jonathan Gottlieb and Alex Gottlieb.
– Balance held in Pot Trust until Jake is 21
– Discretionary income and principal for health, support, maintenance and education.
– When Jake is age 21, the pot trust divides into separate trusts.

**Final Distribution:**
If Trust assets remain and all of your descendants are deceased, those assets will be distributed to The Nature Conservancy.

Trust flowchart 2014 v2.flo